**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| TIGER MEMPHIS, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:26-cv-02932-SHL-cgc |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed July 27, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (ECF No. 9), filed August 6, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 7, 2026
Date